

# NUMBER 13-19-00016-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MSW CORPUS CHRISTI LANDFILL, LTD.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Relator, MSW Corpus Christi Landfill, Ltd., has filed a petition for writ of mandamus contending that respondent, the Honorable Sandra L. Watts, presiding judge of the 117th District Court of Nueces County, abused her discretion, leaving relator without an adequate appellate remedy, by rendering orders expunging relator's Notice of Lis Pendens in trial court cause number 2016DCV-6158-B. Relator has also filed an "Expedited Motion for Emergency Relief" requesting that this Court stay the underlying proceedings until such time as we may consider the merits of the mandamus petition.

This Court, having examined the petition and motion, is of the opinion that relator's motion should be granted. Accordingly, all proceedings in trial court cause number 2016DCV-6158-B, including the aforementioned orders, are hereby STAYED until further order of this Court.

Additionally, the real parties in interest, Gulley-Hurst LLC, Robert Bryan Gulley, and Philip R. Hurst, are hereby ORDERED to file any response to the petition for writ of mandamus on or before 5:00 p.m. on Wednesday, January 23, 2019.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 10th
day of January, 2019.